IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GARY LAMON PUGH                                                               PLAINTIFF

                 v.                      Civil No. 06-5114

SHERIFF TIM HELDER                                           DEFENDANT

**O R D E R**

On August 29, 2006, defendant filed a motion to dismiss (Doc. 10). To assist plaintiff in responding to the motion to dismiss, the undersigned is propounding a questionnaire. The court will consider plaintiff's response to the questionnaire in issuing a report and recommendation on the motion to dismiss.

For this reason, Gary Lamon Pugh is hereby directed to complete, sign, and return the attached response to defendant's motion to dismiss on or before **November 13, 2006**. **Plaintiff's failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.**

IT IS SO ORDERED this 18th day of October 2006.

                                                                             /s/ Beverly Stites Jones
                                                                             UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GARY LAMON PUGH                                                                                          PLAINTIFF

        v.                              Civil No. 06-5114

SHERIFF TIM HELDER                                                                                    DEFENDANT

## RESPONSE TO MOTION TO DISMISS

TO:  GARY LAMON PUGH

    These questions and answers will serve as your response to defendant's motion to dismiss. You may use additional sheets of paper in responding to these questions. You must file this response by **November 13, 2006.**

    1. Please provide the dates of your incarceration at the Washington County Detention Center (WCDC).

    Answer:

_____

_____

_____

_____

    2. Were you incarcerated at the WCDC solely because of the pending criminal charges?

    Answer:  Yes _____ No _____.

    If you answered yes, please state what charges were pending against you and indicate

AO72A
(Rev. 8/82)

whether the charges have been disposed of. If the charges have been disposed of, please indicate if you were found guilty, pled guilty, or if the charges were dismissed.

_____

_____

_____

_____

_____

_____

_____

If you answered no, please state whether you were serving a sentence or your probation, parole, or supervised release had been revoked.

_____

_____

_____

_____

3. The WCDC is a building and not subject to suit under 42 U.S.C. § 1983. For this reason, the court substituted Sheriff Tim Helder as a defendant. Sheriff Helder has now filed a motion to dismiss alleging your slip and fall accident was not the result of any policy or custom of Sheriff Helder's and that Sheriff Helder did not have any personal involvement in the fall.

(A). Did you speak to, or communicate with, Sheriff Helder regarding your slip and

fall?

  Answer: Yes _____ No _____.

If you answered yes, please describe your communication with Sheriff Helder.

_____

_____

_____

_____

_____

_____

_____

  (B). Prior to the date of your fall, May 11, 2006, had you submitted any grievances about the worn out slippers or the overflow of water?

  Answer: Yes _____ No _____.

If you answered yes, please state: (a) when you submitted the grievances; (b) what you said in the grievances; (c) who responded to the grievances; and (d) what response you received. If you have a copy of the grievances, please attach them to this response.

_____

_____

_____

_____

_____

_____

_____

      If you answered no, please state why you submitted no grievances about these conditions.

_____

_____

_____

_____

_____

_____

_____

      (C). Are there individuals at the WCDC who you contend violated your constitutional rights in connection with your May 11th slip and fall?

      Answer: Yes _____ No _____.

      If you answered yes, please list the name of each individual separately and describe how he or she violated your federal constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(D). Do you contend a custom or policy of Sheriff Helder's or Washington County's in any way caused your fall?

AO72A
(Rev. 8/82)

Answer: Yes _____ No _____.

If you answered yes, please describe in detail the custom or policy and how it caused your fall.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4. Prior to your May 11th slip and fall, how long had there been an overflow of water?

Answer:

_____

_____

_____

_____

5. Please describe the condition of your slippers.

Answer:

_____

_____

_____

_____

6. Prior to your fall, had other inmates fallen in this same area?

Answer: Yes _____ No _____.

If you answered yes, please state who had fallen, when they fell, and whether they were injured.

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

7. Please describe the injuries you suffered as a result of the fall.

Answer:

_____

_____

_____

_____

_____

_____

_____

Detail below any further response you would like to make to defendant's motion to dismiss. If you have any exhibits you would like the court to consider, you may attach them to this response.

_____

_____

_____

_____

_____

_____

_____

**AO72A**
**(Rev. 8/82)**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON THIS _____ DAY OF _____ 2006.

                                        _____
                                        GARY LAMON PUGH

AO72A
(Rev. 8/82)