**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**GARY LAMON PUGH**                                                                 **PLAINTIFF**

**v.**                       **Civil No. 06-5114**

**SHERIFF TIM HELDER**                                                 **DEFENDANT**

**O R D E R**

Now on this 16th day of February, 2007, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #17, filed January 26, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, defendant's motion to dismiss (Doc. #10) is hereby granted and plaintiff's response to the motion to dismiss (Doc. #15) will be construed as a motion to amend the complaint to assert a denial of adequate medical care claim and a request to add Dr. Howard as a defendant. The case is referred back to Magistrate Judge James R. Marschewski for further findings and recommendations.

**IT IS SO ORDERED.**

                                              **/s/Jimm Larry Hendren**
                                              **HON. JIMM LARRY HENDREN**
                                              **UNITED STATES DISTRICT JUDGE**