IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GARY LaMON PUGH                                                                                           PLAINTIFF

     v.     Civil No. 06-5114

DR. HOWARD                                                                                                   DEFENDANT

### ORDER

  As it appears this case may be resolved on motion for summary judgment, the defendant is directed to file such a motion on or before **June 8, 2007**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

  IT IS SO ORDERED this 15th day of March 2007.

                /s/ *J. Marschewski*
                HON. JAMES R. MARSCHEWSKI
                UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)