IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GARY LaMON PUGH                                                    PLAINTIFF

v.                              No. 06-5114

DR. HOWARD                                                         DEFENDANT

## ORDER

On April 30, 2007, the Magistrate Judge issued a Report and Recommendation recommending that plaintiff's action be dismissed because he failed to prosecute it, failed to respond to the orders of the Court, and failed to keep the Court informed of his current address. (Doc. 26.) On May 30, 2007, the Court adopted the Report and Recommendation and dismissed plaintiff's action. (Doc. 27.)

Currently before the Court is a pro se pleading that has been construed as a **Motion for Reconsideration (Doc. 29)**. In this motion, plaintiff requests that his case be reopened, stating, inter alia, that a "medical condition ... overcame [him]" and he was unable to "handle [his] matters."

Upon due consideration, plaintiff's **Motion for Reconsideration (Doc. 29)** is **GRANTED** and the order dismissing his case is hereby **VACATED**. This matter is referred back to the Magistrate Judge for further consideration.

IT IS SO ORDERED this 29th day of June 2007.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE