IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GARY LaMON PUGH                                                                      PLAINTIFF

v.                         Civil No. 06-5114

DR. HOWARD                                                                           DEFENDANT

**ORDER**

By order entered on March 15, 2007 (Doc. 23), the defendant was directed to file a summary judgment motion by June 8, 2007. However, prior to the defendant filing his summary judgment motion, this case was dismissed based on the plaintiff's failure to prosecute the action and keep the court informed of his current address and phone number (Doc. 27).

On June 21, 2007, the plaintiff moved for reconsideration of the dismissal (Doc. 29). The motion was granted (Doc. 30) and the case reopened. Accordingly, the court hereby directs the defendant to file a summary judgment motion by **September 21, 2007**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 3rd day of July 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)

Dockets.Justia.com