IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GARY LAMON PUGH                                                      PLAINTIFF

              v.                    Civil No. 06-5114

DR. HOWARD                                                          DEFENDANT

## O R D E R

Defendant filed a motion for summary judgment (Doc. 32).  To assist plaintiff in responding to the motion for summary judgment, the undersigned is propounding a questionnaire.  The court will consider plaintiff's response to the questionnaire in issuing a report and recommendation on the motion for summary judgment.

For this reason, Gary Lamon Pugh is hereby directed to complete, sign, and return the attached response to defendant's motion for summary judgment on or before **February 5, 2008**. **Plaintiff's failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.**

IT IS SO ORDERED this 14th day of January 2008.

/s/ *J. Marschewski*

HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


GARY LAMON PUGH                                                    PLAINTIFF


            v.                    Civil No. 06-5114


DR. HOWARD                                                         DEFENDANT


## RESPONSE TO SUMMARY JUDGMENT MOTION

TO:  GARY LAMON PUGH

        These questions and answers will serve as your response to defendant's motion for

summary judgment.  You may use additional sheets of paper in responding to these questions.

You must file this response by **February 5, 2008.**

        1.  You were booked into the Washington County Detention Center (WCDC) on April

29, 2006, on a violation of the Arkansas Hot Check Law and a hold for another department.

        Agree_____ Disagree_____Without knowledge to agree or disagree_____.

        If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 1 at

        page 1.


        _____

        _____

        _____

        _____

        2.  You signed a medical release and informed consent for medical services

authorizing the sheriff's office to render medical treatment to you as necessary while you

-2-

were detained at the WCDC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 1 at page 3.

_____

_____

_____

_____

3.  You also signed an inmate medical insurance form.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 1 at page 4.

_____

_____

_____

_____

4.  On April 29th a detainee medical record was opened for you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 1 at page 5.

_____

_____

**AO72A**
**(Rev. 8/82)**

_____

_____

    5.  On May 11, 2006, you were transported to Washington Regional Medical Center

for evaluation and x-rays after you stated you fell near the shower and hurt your lumbar spine.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 2 at

page 1.

_____

_____

_____

_____

    6.  You were diagnosed with back strain.  You were given prescriptions for Darvocet

and Flexeril.  You were prescribed twenty Darvocet and fifteen Flexeril.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 3.

_____

_____

_____

_____

    7.  You were to get the Darvocet every four to six hours.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 3 at

-4-

pages 1 & 3.

_____

_____

_____

_____

8.  You were to receive the Flexeril three times a day until gone.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 3 at

pages1-2.

_____

_____

_____

_____

9.  You received the Flexeril.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 2 at

page 4.

_____

_____

_____

_____

10.  You received the Darvocet.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 2 at page 3.

_____

_____

_____

_____

11.  On May 14th you asked to see the doctor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 4 at page 1.

_____

_____

_____

_____

12.  Your request was responded to on May 17th and you were put on the list to see the doctor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 4 at page 1.

_____

_____

-6-

_____

_____

13. On May 17th you submitted a grievance stating the last two nights had been very painful and sleeping had been uncomfortable.  You stated you had asked two times to see the doctor.  You indicated the pain felt like it was deep in your lower back.  You asked to see a chiropractor as soon as possible.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 4 at page 2.

_____

_____

_____

_____

14. In response, you were told you were on the doctor's list.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 4 at page 2.

_____

_____

_____

_____

15. Other than your May 14th request, when had you submitted a request to see the

-7-

doctor?  In answering, please state if the request was made in writing or orally, what response you received, and who responded.

Answer:

_____

_____

_____

_____

16.  On May 17th you were seen by Dr. Howard for complaints of lower back pain due to a fall on May 11th.  Dr. Howard noted you had gone to the hospital.  He diagnosed you with a back ache and prescribed Aleve twice daily for two weeks.  He also noted you should stay off your feet as much as possible.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 2 at page 2.

_____

_____

_____

_____

17.  You received the Aleve.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 2 at page 5.

-8-

_____

_____

_____

_____

18.  On May 31st you submitted a grievance stating that you had an accident on May 11th that caused you to go to the emergency room.  Due to the nature of the accident, you stated you needed to look to future medical treatment.  You stated you were submitting the grievance to cover yourself since you intended to sue.  You asked that the grievance be put in your file and that you get a copy back.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 4 at page 3.

_____

_____

_____

_____

19.  In response, it was noted you went to the emergency room on May 11th and were diagnosed with back strain.  After x-rays and an evaluation, you were prescribed Flexeril and Darvocet.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 4 at page 3.

-9-

_____

_____

_____

_____

20.  On June 6th you submitted a grievance stating that because of the severity of your back pain you needed to speak with Lieutenant Mitchell.  You stated that your medical condition was the result of a fall in the shower while incarcerated there.  You indicated Corporal Freeman told you that you couldn't get medical treatment until you were released. You asked if you could get released on your own recognizance so you could get medical attention.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 4 at page 4.

_____

_____

_____

_____

21.  A notation was made on your grievance on June 17th noting that you had been sent to Mediserve for back x-rays and they were waiting for the reports.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 4 at page 4.

-10-

_____

_____

_____

_____

    22.  On June 12th you submitted a grievance stated that you were in serious pain from your back.  You stated you needed help.  You indicated you needed to see the doctor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 4 at page 5.

_____

_____

_____

_____

    23.  In response, you were put on the list to see the doctor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 4 at page 5.

_____

_____

_____

_____

    24.  You were seen by Dr. Howard on June 13th due to your complaints of back pain.

AO72A
(Rev. 8/82)

He noted you stated the pain was getting worse.  He ordered an x-ray of your lower back.  He prescribed Aleve twice a day for thirty days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 2 at page 2.

_____

_____

_____

_____

25.  You received the Aleve.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 2 at page 6-8.

_____

_____

_____

_____

26.  On June 16th an x-ray of your lumbar spine was taken.  The results show the lumbar alignment was satisfactory.  No fracture was seen.  No lytic or blastic activity was identified.  The sacral iliac joints appeared normal.  The diagnostic impression was that the study was normal.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-12-

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 5.

_____

_____

_____

_____

27.  On June 30th you submitted a medical request wanting to know the results of your x-rays.  You also stated that your back was still causing you pain.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 4 at page 6.

_____

_____

_____

_____

28.  In response, you were told the x-rays were negative and you were on the list to see the doctor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 4 at page 6.

_____

_____

_____

-13-

29.  On July 2nd you submitted a request stating that you still hadn't heard about your x-rays.  You also noted that it had been recommended that you have an MRI done because what was wrong with you might not show up on an MRI.  You asked for an MRI.  You stated your legs and arms were still going numb periodically.  You indicated your back was getting no better.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 4 at page 7.

_____

_____

_____

_____

30.  In response, you were told the x-rays were negative and you were on the doctor's list.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 4 at page 7.

_____

_____

_____

_____

-14-

31.  Who recommended that you have an MRI done?  In answering, please also state when they recommended that you have an MRI done.

Answer:

_____

_____

_____

_____

32.  You were seen by Dr. Howard on July 5th.  He noted that the x-ray showed no abnormalities.  He also noted you had good movement, were walking good, and there was no evidence of problem.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 2 at page 2.

_____

_____

_____

_____

33.  Dr. Howard did not recommend further x-rays or an MRI at that time.  He diagnosed you with a strain of the back and chronic pain.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 2 at page 2.

_____

_____

_____

_____

     34.  On July 5th you submitted a grievance.  Although you had seen the facility doctor that day, you stating the ongoing issue was getting no closer to being resolved.  You stated you were told that medical attention would no longer be available to you at the facility.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 4 at page 8.

_____

_____

_____

_____

     35.  You stated that you had fallen and injured yourself on May 11th and been told by the emergency room doctor that you had a severe strain with possible nerve and tendon damage and possible other injuries.  You stated that you would not know until an MRI was done.  You stated your back had been hurting since the fall and your legs and arms go numb.  You requested that a follow-up be done.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 4 at page 8.

-16-

_____

_____

_____

_____

    36.  Who told you medical attention would no longer be available for you at the

WCDC?  In answering, please also state, to the best of your recollection, exactly what was

said.

    Answer:

_____

_____

_____

_____

_____

_____

_____

    37.  The response to your grievance outlined the medical treatment you had received.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 4 at

page 8.

_____

_____

_____

_____

38.  On July 6th you submitted another grievance stating you were being denied

medical attention for your back.  You stated the ER doctor recommended you have an MRI.

You stated you had insurance and you would pay.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 4 at

page 9.

_____

_____

_____

_____

39.  In response you were told that when you were seen by Dr. Howard on July 5th

you became belligerent and threatened to sue.  You were told you were not denied medical

attention.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 4 at

page 9.

_____

_____

_____

_____

-18-

40.  On July 12th you requested that you be allowed to continue to take Aleve.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 4 at page 10.

_____

_____

_____

_____

41.  In response, you were authorized to have two Aleve tablets, twice a day, for thirty days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 4 at page 10.

_____

_____

_____

_____

42.  You received the Aleve.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 2 at page 8.

_____

-19-

_____

_____

_____

43.  On July 21st you entered a plea of guilty to violation of the Arkansas Hot Check

law and were placed on thirty-six months probation.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 6.

_____

_____

_____

_____

44.  You were released from the WCDC on July 21st.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendant's Exhibit 1 at

page 1.

_____

_____

_____

_____

45.  Please describe your slip and fall on May 11, 2006.

Answer:

_____

-20-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

46.  Please describe in detail how you believe Dr. Howard exhibited deliberate indifference to your serious medical needs.

Answer:

_____

_____

_____

_____

-21-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

47.  You received all medical care Dr. Howard believed in the exercise of his medical

judgment you needed.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

-22-

48.  Dr. Howard did not believe you needed an MRI.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

_____

49.  Did you suffer any injury because of a delay in your receiving the MRI or other medical treatment while at the WCDC?

Answer:  Yes _____ No _____.

If you answered yes, please describe:  (a) the injuries you suffered; (b) the symptoms you experienced; (c) the severity of the injuries or symptoms; (d) whether you sought, or received, medical treatment; and (e) how long it took you to recover.  **Also provide the court with any medical evidence you have to substantiate or verify the injury caused by the delay in treatment.**

_____

_____

_____

-23-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

50.  What treatment have you had on your back since your release from the WCDC?

Answer:

_____

_____

-24-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

        Detail below any further response you would like to make to defendant's motion for

summary judgment.  If you have any exhibits you would like the court to consider, you may

attach them to this response.

_____

_____

_____

_____

_____

_____

_____

-25-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

     I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

TRUE AND CORRECT.

     EXECUTED ON THIS _____ DAY OF _____ 2008.


_____

     GARY LAMON PUGH


-26-